

**ORDERED in the Southern District of Florida on July 9, 2018.**

*[signature]*

**John K. Olson, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

                                                 Case No.: **18-18153-JKO**

**Donna Frances Wilder,**

                                                 Chapter    7

                Debtor.
_____/

## ORDER DISMISSING CASE WITH 180-DAY PREJUDICE PERIOD

**THIS CASE** is before the Court *sua sponte*. It has come to the attention of the Court that the Chapter 7 Voluntary Petition [ECF 1] was filed in violation of this Court's Order in case 18-11115-JKO which dismissed that case with a prejudice period of 180-days on April 3, 2018 [ECF 26 in that case]. Accordingly, it is hereby **ORDERED** that

1) This case is **DISMISSED** with a 180-day prejudice period, and

2) The Application for Waiver of Chapter 7 Filing Fee [ECF 6] is **DENIED AS MOOT**.

# # #

Copies to:      All Parties in Interest